PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nuccio Lisitano                                     Cr.: 03-CR-745

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 02-17-04

Original Offense: Dealing in Firearms Without a License

Original Sentence: 10 months custody; 3 years TSR

Type of Supervision: TSR                          Date Supervision Commenced: 12-16-04

Assistant U.S. Attorney: Sam Koren, AUSA           Defense Attorney: Richard J. Baldi

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On August 7, 2005, the offender attempted to elude police after receiving an order to exit a vehicle by a uniformed New Jersey State Trooper and fled the scene, creating a risk of death or injury to another person, in violation of NJSA 2C: 29-2(b). This charge is outlined in Warrant # 605843, currently filed in the Totowa Municipal Court. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On August 7, 2005, the offender committed robbery by using force on another while in the course of committing a theft of a marked New Jersey State Police car, in violation of NJSA 2C: 15-1a(1). This charge is outlined in Warrant # 605844, currently filed in the Totowa Municipal Court. |

3     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On August 7, 2005, the offender committed aggravated assault by attempting to cause serious bodily injury upon Trooper Villa, badge #6387, by attempting to hit him with a motor vehicle in violation of NJSA 2C:12-1(b)1. This charge is outlined in Warrant # 605846, currently filed in the Totowa Municipal Court.

4     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On August 7, 2005, the offender, while operating a motor vehicle along Route 80 West, attempted to elude police after receiving a signal to come to a complete stop, which included lights and sirens, in violation of NJSA 2C:29-2(b). This charge is outlined in Warrant # 605847, currently filed in the Totowa Municipal Court.

5     The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

On May 27, 2005, the offender was in Miami Beach, Florida, without having first obtained permission from the Court or the Probation Office, contrary to the standard conditions of supervision. This is confirmed by the offender's arrest for a criminal charge by the Metro Dade Police Department on the above noted date.

6     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On May 27, 2005, the offender was arrested by the Metro Dade Police Department and charged with Carrying a Concealed Weapon and Consuming an Alcoholic Beverage in a Public Place. This arrest was not reported to the Probation Office until the offender was confronted by the probation officer on July 12, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By: Albert J. Flores
U.S. Probation Officer
Date: 08/08/05

PROB 12C - Page 3
Nuccio Lisitano

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: _____.
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Aug 9, 2005
_____
Date